UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tenth Floor, LLC,

       Plaintiff,   Civil No. 06-687 (RHK/JSM)

vs.   **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Alberto Marzan, Net Gain Interactive, LLC,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 22, 2006

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge